# EXHIBIT

# 1

 University of Pittsburgh

Division of Student Affairs
Office of Student Conduct

738 William Pitt Union
3959 Fifth Avenue
Pittsburgh, PA 15260
412 648 7910
Fax  412 648 1004

' **CONFIDENTIAL**
October 29, 2021



Dear

     This letter is to inform you that I am placing you on **Interim Suspension** from the University of Pittsburgh, effective immediately.  Interim Suspension means that you cannot attend classes or be on any University of Pittsburgh property. If you are found to be on University property, you will be subject to immediate arrest.

     You will be required to vacate your residence by noon (12pm EST) on Saturday, October 30, 2021.  You may leave your belongings in your assigned housing accommodations. You will have access to your assigned housing accommodation as well as the Perch and the Eatery for carryout dining only until October 30, 2021 at noon (12pm EST). Please coordinate with your Residence Director or Panther Central should you need assistance with moving out.

     **This action is being taken as a result of an incident that was reported on October 21, 2021.**

### Interim Suspension

     An immediate exclusion from classes and all other University privileges or activities, which is imposed by the Vice Provost for Student Affairs or their designee pending a disciplinary hearing. Interim Suspension will be imposed only to ensure the safety and well-being of members of the University community, or University property, or to ensure the student's own physical or emotional safety or well-being. The student will be Persona Non Grata on all University property during the period of the suspension and will not be permitted to enter or use University property unless the student receives permission from the Vice Provost for Student Affairs or their designee.

     Please be advised that you have ten (10) business days from the date of this letter, or by 5:00 PM on November 12, 2021 to request that the Vice Provost for Student Affairs or their designee reconsider this interim action. This request must include the reasons why you believe you are not a threat to the University community and its educational and living environments. The Vice Provost for Student Affairs or their designee will consider the request and advise you of any modification to the interim action within five (5) business days of the submission of the request. You will remain on Interim Suspension during the review process.  If you wish to file an appeal or have questions regarding the appeal process, please email deanofstudents@pitt.edu.

# EXHIBIT

# 2



COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA
FAMILY DIVISION · JUVENILE SECTION
550 FIFTH AVENUE
PITTSBURGH, PENNSYLVANIA 15219
(412) 350-0200



Anniversary
1933 – 2018

The First
"Problem Solving Court"

Kim D. Eaton
Administrative Judge

Russell Carlino
Administrator/Chief
Probation Officer



**Probation Offices**

Central Probation
5750 Baum Boulevard
2nd Floor
Pittsburgh, PA 15206
(412) 441-9000
Fax (412)

Eastern Probation
907 West Street
Penn West Building
Wilkinsburg, PA 15221
(412) 241-1842
Fax (412) 242-7324

Intake/Investigations
550 Fifth Avenue
Pittsburgh, PA 15219
(412) 350-0170
Fax (412) 350-0130

Mon-Yough Probation
1195 Jacks Run Road
North Versailles, PA 15137
(412) 350-7848
Fax (412) 229-8688

Northern Probation
429 East Ohio Street
Pittsburgh, PA 15212
(412) 321-0365
Fax (412) 321-0181

School-Based Probation
3700 South Water Street
Suite 210
Pittsburgh, PA 15203
(412) 350-1203
Fax (412) 251-0064

Shuman Intake
7150 Highland Drive
Pittsburgh, PA 15206
(412) 665-4104
Fax (412) 363-7654

Southern Probation
3700 South Water Street
Suite 210
Pittsburgh, PA 15203
(412) 350-1203
Fax (412) 652-9903

To the Parents/Guardians of



Today's Date: 10/21/2021

Dear Parent/Guardian:

Please be advised that Allegheny County Juvenile Court has received a police report from the
BETHEL PARK BORO police charging ▮▮▮▮▮▮ with the crime(s) listed below:

**AGGRAV INDEC ASSLT/PERSON LESS 13 YRS AGE**
**AGGRAV INDEC ASSLT-W/O CONSENT (VICTIM <13 YRS)**
**AGGRAV INDEC ASSLT-W/O CONSENT**
**AGGRAV INDEC ASSLT/PERSON LESS 13 YRS AGE**

An Intake Officer will contact you to discuss this matter further.