IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUVENILE "VR"<br>NOW 18 YEARS OF AGE,<br><br>                Plaintiff,<br>v.<br><br>MUNICIPALITY OF BETHEL PARK POLICE<br>DEPARTMENT<br>5100 W. Library Avenue<br>Bethel Park, PA 15102<br><br>and<br><br>TIMOTHY O'CONNOR, Chief,<br>Municipality of Bethel Park Police<br>Department, individually and in his official<br>capacity,<br><br>and<br><br>JOELLE DIXON, Detective, Municipality of Bethel<br>Park Police Department,<br>Individually and in her official capacity,<br><br>                Defendants. | CIVIL ACTION<br><br>No: 2:22-cv-1499<br><br>District Judge W. Scott Hardy<br><br>*ELECTRONICALLY FILED*<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF JOELLE DIXON

I, Joelle M. Dixon, do depose and say of my own personal knowledge as follows:

1. At all relevant times to this litigation, I was a detective for the Bethel Park Police Department.

2. On October 6, 2021, I attended a Forensic Interview for an 11 year old female (hereinafter "Jane Doe") at the UPMC Children's Advocacy Center. I observed the female being interviewed by a forensic interviewer. I did not participate in the interview.



EXHIBIT A

3. During that interview, Jane Doe indicated that on or about the evening of May 1, 2021, she was at her home in Bethel Park where she was sleeping when she was woken in the middle of the night to Plaintiff Juvenile "VR" (hereinafter "Plaintiff") next to her bed with his hand under her bed covers and his fingers inside her vagina.

4. Jane Doe reported that she was later woken a second time by Plaintiff next to her bed, again with his hand under the covers and his fingers inside her vagina.

5. A Juvenile Allegation (the juvenile court equivalent of a criminal complaint supported by probable cause) was electronically submitted to the Juvenile Court pursuant to the Allegheny County procedures.

6. The Juvenile Allegation was approved by the Court.

7. The Court directed that Plaintiff be taken into custody and further ordered that Plaintiff be detained at a detention center.

8. Plaintiff was taken into custody on the afternoon of October 21, 2021 by University of Pittsburgh Police officers and not the Bethel Park Police Department.

9. Attached to this affidavit is a true and correct copy of a document entitled "Adjudicatory/Dispositional Hearing Order" ("Order") attached hereto and marked as Exhibit A-1.

10. The Order pertains to the outcome of the prosecution of Plaintiff in juvenile court. Exhibit A-1 and "Exhibit A" attached to the Exhibit.

11. Plaintiff was represented by Timothy M. Kolman in the juvenile court proceedings. Exhibit A-1.

12. Plaintiff was charged with five criminal offenses. Exhibit "A" to Exhibit A-1.

2

13. Plaintiff admitted committing the crime of "Indecent Assault Person Less than 13 Years of Age" and the other criminal charges were withdrawn pursuant to an agreement. Exhibit "A" to Exhibit A-1.

14. Plaintiff was adjudicated "delinquent". Exhibit A-1

15. Plaintiff was placed on probation and as of the date of this affidavit he remains on probation for this criminal offense.

I declare under penalty of perjury that the foregoing is true and correct.

1/18/2023
Date:

Joelle M. Dixon

3