Allegheny County Clerk of Courts Filed 1/10/2022 12:31 PM

Commonwealth of Pennsylvania

In the Interest Of:

A Minor

Date of Birth:

IN THE FAMILY COURT OF ALLEGHENY COUNTY, PENNSYLVANIA

JUVENILE DIVISION

DOCKET NO:
SID:
FID:

## ADJUDICATORY/DISPOSITIONAL HEARING ORDER

### Attendance

| Attendee Name | Attendee Role | Attendance Type |
|---|---|---|
| Kolman, Timothy M. | Attorney - | Video Conference |
| Allegheny County District Attorney's Office, Juvenile Division | Attorney - Commonwealth of Pennsylvania | Video Conference |
| | Probation Officer | Video Conference |
| | Mother | Video Conference |
| | Father | Video Conference |
| | Juvenile | Video Conference |
| | Juvenile Victim | Telephone |
| | Witness for Commonwealth | Telephone |
| | Victim/Witness for Commonwealth | Telephone |

Additional Attendees: ADA Ann Steiner (video conference)

AND NOW, this 10th day of January, 2022, after conducting an adjudicatory hearing, the Court finds:

### THE COURT FINDS that:

#### JUVENILE'S ADMISSION

The Juvenile has tendered an admission to some or all of the delinquent acts alleged in the Petition as indicated on Exhibit A, the admission is knowingly, intelligently and voluntarily made, and conforms to the requirements of Pa.R.J.C.P. §407 (A)(1); therefore, the admission is accepted by this Court.

#### RULING ON THE OFFENSES

The findings on the offenses set forth in Exhibit A, attached, are incorporated by reference herein.

#### REASONABLE EFFORTS TO PREVENT REMOVAL

REASONABLE EFFORTS MADE - reasonable efforts were made to prevent removal of the Juvenile from the home.

### NEED FOR TREATMENT, SUPERVISION OR REHABILITATION

#### JUVENILE'S NEED FOR TREATMENT, SUPERVISION OR REHABILITATION

The Juvenile is in need of treatment, supervision or rehabilitation.

### IT IS ORDERED that:

#### AMENDMENT OF THE PETITION

Upon motion of the Attorney for the Commonwealth, the Petition is amended as follows: 18 3126 A7 Indecent



1

In The Interest Of:                                                                    A Minor

Assault (M1)

**ADJUDICATION OF DELINQUENCY**

The Juvenile is ADJUDICATED DELINQUENT, and the Juvenile's disposition is specified in this order.

**PROBATION SUPERVISION**

The Juvenile is placed on probation until further order of this Court, under and subject to the rules and regulations of the County Juvenile Probation Office.

**FINANCIAL CONDITIONS**

COURT COSTS - The Juvenile shall pay the following court costs:
- Standard Court Costs

Payments can be made by Check, Money Order or cash. Checks and Money Orders should be made payable to the Department of Court Records - Criminal Division and mail to the address listed below. Cash will be accepted when presented in person to the Administrative Services Dept., 550 Fifth Avenue, 2nd Floor, Pittsburgh, PA 15219.

Mail Payments to:
Administrative Services Department
550 Fifth Avenue
Pittsburgh, PA 15219

**ADDITIONAL PROGRAMS AND CONDITIONS**

The Juvenile shall be subject to the following additional programs and conditions: SSU SAFE Program

**APPROPRIATENESS OF DISPOSITION**

The current disposition provides balanced attention to the protection of the community, the imposition of accountability for offenses committed and the development of competencies to enable the Juvenile to become a responsible and productive member of the community.

**FURTHER ORDERS**

The Juvenile is directed to report to the Arresting Agency to have fingerprints and photographs taken.

The Juvenile is directed to report to Livescan to have DNA sample taken.

It is Further Ordered that: Juvenile is hereby placed on Probation and is to participate in the SSU SAFE Program.

Juvenile is hereby released from home detention.

Juvenile is to complete an updated risk assessment by Dr. Coufal. Any and all recommendations are to be followed.

The No Contact Order dated December 13, 2022 shall remain in effect.

BY THE COURT:

_____
Judge Paul Cozza

In The Interest Of:                         . A Minor

# EXHIBIT A

## Delinquent Acts Alleged on the Juvenile Petition

| Seq. No. | Delinquent Act | Statute | Grade | Admission | Finding |
|---|---|---|---|---|---|
| 1 | Agg. Ind. Assault W/O Consent | 18 § 3125 §§ A1 | F1 | | Withdrawn |
| 2 | Agg. Ind. Assault W/O Consent | 18 § 3125 §§ A1 | F2 | | Withdrawn |
| 3 | Agg. Ind. Assault - Comp. Less Than 13 Years Old | 18 § 3125 §§ A7 | F2 | | Withdrawn |
| 4 | Agg. Ind. Assault - Comp. Less Than 13 Years Old | 18 § 3125 §§ A7 | F2 | | Withdrawn |
| 5 | Indecent Assault Person Less than 13 Years of Age | 18 § 3126 §§ A7 | M1 | Admitted | Adjudicated Delinquent |