IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUVENILE 'VR', *NOW 18 YEARS OF AGE*;<br>    Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF BETHEL PARK POLICE DEPARTMENT, CHIEF TIMOTHY O'CONNOR, *Municipality Of Bethel Park Police Department, Individually and in His Official Capacity*; AND DETECTIVE JOELLE DIXON, *Municipality Of Bethel Park Police Department, Individually and in Her Personal Capacity*;<br><br>    Defendants. | Civil Action No. 22-1499 |

## ORDER OF COURT

AND NOW, this 24th day of July 2024, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Docket No. 16) and the briefs filed by the parties in support and in opposition thereto; and for the reasons the Court stated on the record at the oral argument on Defendants' motion held this day, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss (Docket No. 16) is **granted**, and the claims against Defendants in the Complaint are **dismissed** pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. Such dismissal is **without prejudice** to amendment of the Complaint.

2. Plaintiff shall file any amended complaint by **September 6, 2024**.

3. If Plaintiff declines to file an amended complaint by **September 6, 2024**, all Counts of the Complaint will be **dismissed with prejudice** pursuant to Rule 12(b)(6).

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record